IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19CR216-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER TO DISMISS THE INDICTMENT** |
| v. | ) |
| | ) |
| FRANCISCO MATIAS | ) |
| | ) |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: November 4, 2019

_____
Frank D. Whitney
Chief United States District Judge